| | |
|---|---|
| GENESIS INSURANCE CO. <br> *Plaintiff* | CASE NO.: ALLEN C. HARPER, ET, AL |
| | CIVIL DIV.: County Court _____ |
| | Circuit Court _____ Federal Court XX |
| ALLEN C. HARPER, ET, LA <br> *Defendant* | SUMMONS AND COMPLAINT <br> *Type of Writ* |

Received this process on __MARCH 15, 2001 at 1 P.M.__

__XX__ Served _____ Returned, same on __ALAN JACOBS__

Within named, on __3-16-2001__, at __11:30 A.__ M., in __PALM BEACH__ County, FL.

AT: 225 N.E. MIZNER BLVD., #750, BOCA RATON

[X] INDIVIDUAL SERVICE: By delivering to the within named person a copy of this writ, the date and hour of service endorsed by me, and at the same time I delivered to the within named person a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner.

[ ] SUBSTITUTE SERVICE: By leaving a copy of this writ, with the date and hour of service endorsed theron by me, and a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner at the within named person's usual place of abode, with a member of his family above the age of (15) (18) years to wit: _____ _____ and informing such person of their contents.

[ ] CORPORATE SERVICE: By delivering a copy of this writ with the date and hour of service endorsed theron by me and a copy of plaintiff's initial pleading as furnished by the plaintiff to _____ as _____ of said corporation in the absence of any superior officer.

[ ] POSTED RESIDENTIAL: By attaching a copy of this summons, together with a copy of the complaint, to a conspicuous place on the property described therin. After at least two attempts, a minimum of six (6) hours apart:
(1) _____ (date) _____ (time) (2) _____ (date) _____ (time)
neither the above named tenant nor a person residing therin who is 15 years of age or older could be found at _____ (address posted) The usual place of residence of the tenant in _____ County, Florida.

[ ] NO SERVICE: For the reason that after diligent search and inquiry failed to find said _____ in _____ County, Florida.

[ ] OTHER RETURNS: _____

I ACKNOWLEDGE that I am a Certified Process Server in good standing in the Judicial Circuit in which defendant was served and that I have no interest in the above action.

___[signature]___ # __432__
PROCESSOR SERVER (Signature)    ID NO

CONSUELO MALDONADO
PROCESS SERVER (PRINTED NAME)

GREGORY S. GLASSER, ESQ.
9130 S. DADELAND BLVD.
TWO DATRAN CENTER, PH II
MIAMI, FL 33156
ATTORNEY

The foregoing instrument was acknowledged before me this __19th__ day of __MAR__, 19XX 2001 by __CONSUELO MALDONADO__, CERTIFIED PROCESS SERVER who is personally known to me or who has produced _____ (type of ID) _____ and who __DID__ take an oath.
did   did not

OFFICIAL NOTARY SEAL
LINDA GONZALEZ
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC737503
MY COMMISSION EXP. MAY 19 2002

Notary Public    BONDED THRU GENERAL INS. UND.

FORM F    **T. C. MANN, INC. Tel. 577-0220**    Johnson's Printing 374-5946



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

GENESIS INSURANCE COMPANY,

    Plaintiff

vs.

ALLEN C. HARPER, LARAINE FRAHM,
ALAN JACOBS, DAVID RUSH and
LUGI SALVANESCHI,

    Defendants.

SUMMONS IN A CIVIL ACTION

Case No.: 00-7762 CIV-ROETTGER

Name _____
Date _____ Time _____
P.S. _____
Trip___ign None
Certified in The Circuit Court of
___ Judicial Circuit Cert # _____

TO: Alan Jacobs
    6840 Lions Head Lane   (OR)   7284 WEST PALMETTO PARK ROAD
    Boca Raton, Florida _____      BOCA RATON, FLORIDA 33433

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon (Plaintiff's Attorney)

    GREGORY S. GLASSER, ESQ
    Stephens, Lynn, Klein
    La Cava, Hoffman & Puya, P.A.
    Two Datran Center, PH II
    9130 South Dadeland Blvd.,
    Miami, Florida 33156

an answer to the Complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

_____Clarence Maddox_____
CLERK

DATE **MAR 1 5 2001**

_____
BY DEPUTY CLERK